## Noble Estate

Before Sinkler, P. J., Klein, Bolger, Ladner, Hunter and Boland, JJ.

186

*Thomas C. Eagan,* for petitioner.

*Robert McCay Green, C. Leo Sutton* and *William H. S. Wells,* for administrators pendente lite.

PER CURIAM, May 26, 1950.—The application referred to in the above opinion was made to the court en banc, and after argument heard thereon, referred to Judge Klein to find the facts and enter an appropriate decree. We all concur in his findings and his exposition of the law relating to our jurisdiction and power, and therefore adopt his opinion as the opinion of the court en banc.